7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

**FILED**
APR 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

_Thomas Powers_
Plaintiff

v.

_Chaplain Larry Jones et al._
Defendant(s)

08 C 50071

CASE NUMBER _____

JUDGE _Reinhardt_
Northern District Cwestern
Chief Judge Reinhardt

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, _Thomas Powers_, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1.  Are you currently incarcerated? ☒Yes ☐No (If "No," go to Question 2)
    I.D. # _N91586_ Name of prison or jail: _Dixon CC._
    Do you receive any payment from the institution? ☐Yes ☐No Monthly amount: _$9.86_

2.  Are you currently employed? ☐Yes ☒No
    Monthly salary or wages: _$980_
    Name and address of employer: _None_

    a.  If the answer is "No":
        Date of last employment: _Feb 15 2000_
        Monthly salary or wages: _$2000.00 (?)_
        Name and address of last employer: _Shamrock Amusement_

    b.  Are you married? ☐Yes ☒No
        Spouse's monthly salary or wages: _N/A_
        Name and address of employer: _____

3.  Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

    a.  Salary or wages
        Amount ▬▬▬▬▬ Received by ▬▬▬▬▬ ☒Yes ☒No

b.   ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount_____ Received by_____

c.   ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☒ No
Amount_____ Received by_____

d.   ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount_____ Received by_____

e.   ☐ Gifts or ☒ inheritances    ☒ Yes    ☐ No
Amount $3000    Received by Edward Grynkiewicz / Edward Ziemar

f.   ☐ Any other sources (state source:_____)    ☐ Yes    ☒ No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?    ☐ Yes    ☒ No    Total amount:_____
   In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?    ☐ Yes    ☒ No
   Property:_____ Current Value:_____
   In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐ Yes    ☒ No
   Address of property:_____
   Type of property:_____ Current value:_____
   In whose name held:_____ Relationship to you:_____
   Amount of monthly mortgage or loan payments:_____
   Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐ Yes    ☒ No
   Property:_____
   Current value:_____
   In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐ No dependents
   I give what I can to help in the support of daughter

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: __4/6/2008__

_____
Signature of Applicant

_____
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

### CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, __Thomas J. Powers__, I.D.# __N91586__, has the sum of $ __2,590.29__ on account to his/her credit at (name of institution) __Dixon Correctional Center__. I further certify that the applicant has the following securities to his/her credit: __unknown__. I further certify that during the past six months the applicant's average monthly deposit was $ __see attached__. (Add all deposits from all sources and then divide by number of months).

__4/7/08__
DATE

__Nedra Chandler (SW)__
SIGNATURE OF AUTHORIZED OFFICER

__Nedra Chandler__
(Print name)

rev. 7/18/02

Dixon Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/07/2007 thru End;   Inmate: N91586;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N91586 Powers, Thomas J.**   **Housing Unit: DIX-NW-35-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 258.17 |
| 10/10/07 | Mail Room | 01 MO/Checks (Not Held) | 283228 | 08735144052 | Zack, Hal | 50.00 | 308.17 |
| 10/10/07 | Mail Room | 01 MO/Checks (Not Held) | 283228 | 08735144053 | Zack, Hal | 30.00 | 338.17 |
| 10/16/07 | Disbursements | 84 Library | 289315 | Chk #76556 | 84810365, DOC: 523 Fund Librar, Inv. Date: 10/02/2007 | -4.15 | 334.02 |
| 10/16/07 | Disbursements | 84 Library | 289315 | Chk #76556 | 84810531, DOC: 523 Fund Librar, Inv. Date: 10/04/2007 | -1.20 | 332.82 |
| 10/16/07 | Disbursements | 80 Postage | 289315 | Chk #76557 | 80809824, DOC: 523 Fund Inmate, Inv. Date: 09/26/2007 | -.41 | 332.41 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289315 | Chk #76557 | 81809010, DOC: 523 Fund Inmate, Inv. Date: 09/20/2007 | -.82 | 331.59 |
| 10/16/07 | Disbursements | 80 Postage | 289315 | Chk #76557 | 80809337, DOC: 523 Fund Inmate, Inv. Date: 09/24/2007 | -1.82 | 329.77 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289315 | Chk #76557 | 81809935, DOC: 523 Fund Inmate, Inv. Date: 09/28/2007 | -3.89 | 325.88 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289315 | Chk #76557 | 81810257, DOC: 523 Fund Inmate, Inv. Date: 10/02/2007 | -1.23 | 324.65 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289315 | Chk #76557 | 81810391, DOC: 523 Fund Inmate, Inv. Date: 10/03/2007 | -1.57 | 323.08 |
| 10/16/07 | Disbursements | 81 Legal Postage | 289315 | Chk #76557 | 81810674, DOC: 523 Fund Inmate, Inv. Date: 10/05/2007 | -1.23 | 321.85 |
| 10/16/07 | Disbursements | 90 Medical Co-Pay | 289315 | Chk #76557 | 90811328, DOC: 523 Fund Inmate, Inv. Date: 10/12/2007 | -2.00 | 319.85 |
| 10/16/07 | Disbursements | 80 Postage | 289315 | Chk #76557 | 80811493, DOC: 523 Fund Inmate, Inv. Date: 10/15/2007 | -.41 | 319.44 |
| 10/17/07 | Payroll | 20 Payroll Adjustment | 290115 | | P/R month of 09/2007 | 27.45 | 346.89 |
| 10/24/07 | Point of Sale | 60 Commissary | 297732 | 550000 | Commissary | -64.27 | 282.62 |
| 10/29/07 | Mail Room | 01 MO/Checks (Not Held) | 302228 | 50125 | 1st Federal Bank | 2,908.53 | 3,191.15 |
| 10/30/07 | Mail Room | 01 MO/Checks (Not Held) | 303228 | 070809602 | Amato, Jo Ann | 50.00 | 3,241.15 |
| 10/31/07 | Disbursements | 88 Rent/Visit For Daughter | 304315 | Chk #76855 | 88813169, Powers, Margie, Inv. Date: 10/30/2007 | -700.00 | 2,541.15 |
| 11/07/07 | Payroll | 20 Payroll Adjustment | 311115 | | ADV SMIC 9/07 | 1.35 | 2,542.50 |
| 11/07/07 | Point of Sale | 60 Commissary | 311747 | 552004 | Commissary | -60.68 | 2,481.82 |
| 11/13/07 | Payroll | 20 Payroll Adjustment | 317115 | | P/R month of 10/2007 | 28.80 | 2,510.62 |
| 11/16/07 | Disbursements | 84 Library | 320315 | Chk #77012 | 84813133, DOC: 523 Fund Librar, Inv. Date: 10/30/2007 | -4.80 | 2,505.82 |
| 11/16/07 | Disbursements | 84 Library | 320315 | Chk #77012 | 84814792, DOC: 523 Fund Librar, Inv. Date: 11/15/2007 | -4.70 | 2,501.12 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812139, DOC: 523 Fund Inmate, Inv. Date: 10/22/2007 | -.82 | 2,500.30 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320315 | Chk #77013 | 81812993, DOC: 523 Fund Inmate, Inv. Date: 10/30/2007 | -.82 | 2,499.48 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80813009, DOC: 523 Fund Inmate, Inv. Date: 10/30/2007 | -.58 | 2,498.90 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320315 | Chk #77013 | 81811788, DOC: 523 Fund Inmate, Inv. Date: 10/18/2007 | -1.23 | 2,497.67 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320315 | Chk #77013 | 81812072, DOC: 523 Fund Inmate, Inv. Date: 10/22/2007 | -1.23 | 2,496.44 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80812623, DOC: 523 Fund Inmate, Inv. Date: 10/25/2007 | -.58 | 2,495.86 |
| 11/16/07 | Disbursements | 81 Legal Postage | 320315 | Chk #77013 | 81814459, DOC: 523 Fund Inmate, Inv. Date: 11/14/2007 | -1.23 | 2,494.63 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80814491, DOC: 523 Fund Inmate, Inv. Date: 11/14/2007 | -3.30 | 2,491.33 |
| 11/16/07 | Disbursements | 80 Postage | 320315 | Chk #77013 | 80814548, DOC: 523 Fund Inmate, Inv. Date: 11/14/2007 | -.58 | 2,490.75 |

**Dixon Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/07/2007 thru End;  Inmate: N91586;  Active Status Only ? : No;  Print Restrictions ? : Yes;  Transaction Type: All Transaction Types;  Print Furloughs / Restitutions ? : Yes;  Include Inmate Totals ? : Yes;  Print Balance Errors Only ? : No

**Inmate: N91586 Powers, Thomas J.**                    **Housing Unit: DIX-NW-35-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 11/19/07 | Point of Sale | 60 Commissary | 323747 | 553491 | Commissary | -41.79 | 2,448.96 |
| 11/27/07 | Mail Room | 01 MO/Checks (Not Held) | 331228 | 070809811 | Amato, Joann | 30.00 | 2,478.96 |
| 12/05/07 | Disbursements | 88 Visit With Daughter | 339315 | Chk #77433 | 88816779, Powers, Margie, Inv. Date: 12/05/2007 | -25.00 | 2,453.96 |
| 12/05/07 | Point of Sale | 60 Commissary | 339726 | 555137 | Commissary | -38.99 | 2,414.97 |
| 12/14/07 | Payroll | 20 Payroll Adjustment | 348115 | | P/R month of 11/2007 | 28.80 | 2,443.77 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77524 | 84816078, DOC: 523 Fund Librar, Inv. Date: 11/28/2007 | -4.70 | 2,439.07 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77524 | 84817155, DOC: 523 Fund Librar, Inv. Date: 12/07/2007 | -.90 | 2,438.17 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77524 | 84817116, DOC: 523 Fund Librar, Inv. Date: 12/06/2007 | -.70 | 2,437.47 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81816329, DOC: 523 Fund Inmate, Inv. Date: 11/30/2007 | -4.60 | 2,432.87 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816341, DOC: 523 Fund Inmate, Inv. Date: 11/30/2007 | -.82 | 2,432.05 |
| 12/14/07 | Disbursements | 84 Library | 348315 | Chk #77525 | 84815974, DOC: 523 Fund Inmate, Inv. Date: 11/27/2007 | -2.00 | 2,430.05 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81816793, DOC: 523 Fund Inmate, Inv. Date: 12/05/2007 | -.41 | 2,429.64 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80815601, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -1.23 | 2,428.41 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81815592, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -.82 | 2,427.59 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81815037, DOC: 523 Fund Inmate, Inv. Date: 11/19/2007 | -.82 | 2,426.77 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81815342, DOC: 523 Fund Inmate, Inv. Date: 11/21/2007 | -1.23 | 2,425.54 |
| 12/14/07 | Disbursements | 81 Legal Postage | 348315 | Chk #77525 | 81815477, DOC: 523 Fund Inmate, Inv. Date: 11/26/2007 | -1.23 | 2,424.31 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80816862, DOC: 523 Fund Inmate, Inv. Date: 12/05/2007 | -1.23 | 2,423.08 |
| 12/14/07 | Disbursements | 80 Postage | 348315 | Chk #77525 | 80817080, DOC: 523 Fund Inmate, Inv. Date: 12/06/2007 | -.41 | 2,422.67 |
| 12/19/07 | Point of Sale | 60 Commissary | 353747 | 556948 | Commissary | -32.98 | 2,389.69 |
| 12/24/07 | Mail Room | 01 MO/Checks (Not Held) | 358230 | 070809985 | Amato, Joann | 50.00 | 2,439.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627868 | Powers, Margie | 50.00 | 2,489.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627870 | Powers, Margie | 50.00 | 2,539.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627872 | Powers, Margie | 50.00 | 2,589.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627874 | Powers, Margie | 50.00 | 2,639.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627876 | Powers, Margie | 50.00 | 2,689.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627869 | Powers, Margie | 50.00 | 2,739.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627871 | Powers, Margie | 50.00 | 2,789.69 |
| 01/08/08 | Mail Room | 01 MO/Checks (Not Held) | 008228 | 627873 | Powers, Margie | 50.00 | 2,839.69 |
| 01/10/08 | Point of Sale | 60 Commissary | 008228 | 627875 | Powers, Margie | 50.00 | 2,889.69 |
| 01/10/08 | Point of Sale | 60 Commissary | 010726 | 558782 | Commissary | -67.76 | 2,821.93 |
| 01/16/08 | Payroll | 20 Payroll Adjustment | 016115 | | P/R month of 12/2007 | 27.45 | 2,849.38 |
| 01/17/08 | Disbursements | 84 Library | 017315 | Chk #78023 | 84820680, DOC: 523 Fund Librar, Inv. Date: 12/31/2007 | -27.40 | 2,821.98 |
| 01/17/08 | Disbursements | 84 Library | 017315 | Chk #78023 | 84822139, DOC: 523 Fund Librar, Inv. Date: 01/16/2008 | -.70 | 2,821.28 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81819665, DOC: 523 Fund Inmate, Inv. Date: 12/21/2007 | -.82 | 2,820.46 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81818388, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -.82 | 2,819.64 |

Date: 4/7/2008
Time: 9:47am
d_list_inmate_trans_statement_composite

Case 3:08-cv-50071  Document 4  Filed 04/22/2008  Page 6 of 8

Dixon Correctional Center
Trust Fund
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/07/2007 thru End;   Inmate: N91586;   Active Status Only ? : No;   Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print
Balance Errors Only ? : No

**Inmate: N91586 Powers, Thomas J.**                                **Housing Unit: DIX-NW-35-06**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81819350, DOC: 523 Fund Inmate, Inv. Date: 12/20/2007 | -.82 | 2,818.82 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81820184, DOC: 523 Fund Inmate, Inv. Date: 12/26/2007 | -.82 | 2,818.00 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80819947, DOC: 523 Fund Inmate, Inv. Date: 12/24/2007 | -1.48 | 2,816.52 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81818385, DOC: 523 Fund Inmate, Inv. Date: 12/17/2007 | -1.23 | 2,815.29 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81820406, DOC: 523 Fund Inmate, Inv. Date: 12/28/2007 | -9.20 | 2,806.09 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80819564, DOC: 523 Fund Inmate, Inv. Date: 12/20/2007 | -.41 | 2,805.68 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80820538, DOC: 523 Fund Inmate, Inv. Date: 12/31/2007 | -.82 | 2,804.86 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81820778, DOC: 523 Fund Inmate, Inv. Date: 01/02/2008 | -1.64 | 2,803.22 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821115, DOC: 523 Fund Inmate, Inv. Date: 01/04/2008 | -.82 | 2,802.40 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81821164, DOC: 523 Fund Inmate, Inv. Date: 01/07/2008 | -1.23 | 2,801.17 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81821325, DOC: 523 Fund Inmate, Inv. Date: 01/08/2008 | -1.23 | 2,799.94 |
| 01/17/08 | Disbursements | 84 Library | 017315 | Chk #78024 | 84821668, DOC: 523 Fund Inmate, Inv. Date: 01/11/2008 | -2.00 | 2,797.94 |
| 01/17/08 | Disbursements | 81 Legal Postage | 017315 | Chk #78024 | 81821683, DOC: 523 Fund Inmate, Inv. Date: 01/11/2008 | -1.64 | 2,796.30 |
| 01/17/08 | Disbursements | 80 Postage | 017315 | Chk #78024 | 80821886, DOC: 523 Fund Inmate, Inv. Date: 01/14/2008 | -1.23 | 2,795.07 |
| 01/24/08 | Point of Sale | 60 Commissary | 024726 | 560563 | Commissary | -16.58 | 2,778.49 |
| 02/04/08 | Mail Room | 01 MO/Checks (Not Held) | 035228 | 581487960 | Amato, Jo Ann | 50.00 | 2,828.49 |
| 02/08/08 | Point of Sale | 60 Commissary | 039724 | 562177 | Commissary | -82.80 | 2,745.69 |
| 02/14/08 | Payroll | 20 Payroll Adjustment | 045115 | | P/R month of 01/2008 | 28.80 | 2,774.49 |
| 02/15/08 | Disbursements | 84 Library | 046315 | Chk #78505 | 84823379, DOC - Library Copies, Inv. Date: 01/29/2008 | -3.30 | 2,771.19 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81823164, DOC: 523 Fund Reimbu, Inv. Date: 01/25/2008 | -.41 | 2,770.78 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81823165, DOC: 523 Fund Reimbu, Inv. Date: 01/25/2008 | -1.23 | 2,769.55 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80822583, DOC: 523 Fund Reimbu, Inv. Date: 01/22/2008 | -1.23 | 2,768.32 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80822692, DOC: 523 Fund Reimbu, Inv. Date: 01/22/2008 | -.41 | 2,767.91 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81822733, DOC: 523 Fund Reimbu, Inv. Date: 01/23/2008 | -.41 | 2,767.50 |
| 02/15/08 | Disbursements | 84 Library | 046315 | Chk #78546 | 84823390, DOC: 523 Fund Reimbu, Inv. Date: 01/29/2008 | -4.05 | 2,763.45 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81823398, DOC: 523 Fund Reimbu, Inv. Date: 01/29/2008 | -.41 | 2,763.04 |
| 02/15/08 | Disbursements | 84 Library | 046315 | Chk #78546 | 84823371, DOC: 523 Fund Reimbu, Inv. Date: 01/28/2008 | -3.50 | 2,759.54 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81824193, DOC: 523 Fund Reimbu, Inv. Date: 02/05/2008 | -1.23 | 2,758.31 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81824340, DOC: 523 Fund Reimbu, Inv. Date: 02/06/2008 | -1.23 | 2,757.08 |
| 02/15/08 | Disbursements | 84 Library | 046315 | Chk #78546 | 84824837, DOC: 523 Fund Reimbu, Inv. Date: 02/11/2008 | -2.00 | 2,755.08 |

REPORT CRITERIA - Date: 10/07/2007 thru End;    Inmate: N91586;    Active Status Only ? : No;    Print Restrictions ? : Yes;    Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate:** N91586 Powers, Thomas J.      **Housing Unit:** DIX-NW-35-06

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81824862, DOC: 523 Fund Reimbu, Inv. Date: 02/11/2008 | -.82 | 2,754.26 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80824911, DOC: 523 Fund Reimbu, Inv. Date: 02/11/2008 | -.82 | 2,753.44 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80824970, DOC: 523 Fund Reimbu, Inv. Date: 02/11/2008 | -.41 | 2,753.03 |
| 02/15/08 | Disbursements | 80 Postage | 046315 | Chk #78546 | 80825272, DOC: 523 Fund Reimbu, Inv. Date: 02/12/2008 | -.41 | 2,752.62 |
| 02/15/08 | Disbursements | 81 Legal Postage | 046315 | Chk #78546 | 81825372, DOC: 523 Fund Reimbu, Inv. Date: 02/13/2008 | -.41 | 2,752.21 |
| 02/22/08 | Point of Sale | 60 Commissary | 053747 | 563945 | Commissary | -41.10 | 2,711.11 |
| 02/25/08 | Disbursements | 88 Visit | 056315 | Chk #78732 | 88826630, Powers, Margie, Inv. Date: 02/25/2008 | -75.00 | 2,636.11 |
| 03/06/08 | Mail Room | 01 MO/Checks (Not Held) | 066230 | 581488183 | Amato, Joann | 50.00 | 2,686.11 |
| 03/06/08 | Point of Sale | 60 Commissary | 066726 | 565405 | Commissary | -84.42 | 2,601.69 |
| 03/06/08 | Point of Sale | 60 Commissary | 066726 | 565407 | Commissary | -3.00 | 2,598.69 |
| 03/13/08 | Disbursements | 88 Visit | 073315 | Chk #79003 | 88828419, Powers, Margie, Inv. Date: 03/13/2008 | -50.00 | 2,548.69 |
| 03/14/08 | Payroll | 20 Payroll Adjustment | 074115 | | P/R month of 02/2008 | 9.91 | 2,558.60 |
| 03/14/08 | Disbursements | 84 Library | 074315 | Chk #79044 | 84827444, DOC: 523 Fund Librar, Inv. Date: 03/04/2008 | -2.30 | 2,556.30 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 841827286, DOC: 523 Fund Inmat, Inv. Date: 03/03/2008 | -1.31 | 2,554.99 |
| 03/14/08 | Disbursements | 80 Postage | 074315 | Chk #79045 | 80826816, DOC: 523 Fund Inmate, Inv. Date: 02/25/2008 | -.41 | 2,554.58 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81826644, DOC: 523 Fund Inmate, Inv. Date: 02/25/2008 | -1.23 | 2,553.35 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81826999, DOC: 523 Fund Inmate, Inv. Date: 02/27/2008 | -1.23 | 2,552.12 |
| 03/14/08 | Disbursements | 84 Library | 074315 | Chk #79045 | 84826586, DOC: 523 Fund Inmate, Inv. Date: 02/25/2008 | -1.00 | 2,551.12 |
| 03/14/08 | Disbursements | 80 Postage | 074315 | Chk #79045 | 80826733, DOC: 523 Fund Inmate, Inv. Date: 02/25/2008 | -1.23 | 2,549.89 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81827472, DOC: 523 Fund Inmate, Inv. Date: 03/04/2008 | -.82 | 2,549.07 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81827723, DOC: 523 Fund Inmate, Inv. Date: 03/06/2008 | -1.23 | 2,547.84 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 841827275, DOC: 523 Fund Inmat, Inv. Date: 03/03/2008 | -.82 | 2,547.02 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81827000, DOC: 523 Fund Inmate, Inv. Date: 02/27/2008 | -.41 | 2,546.61 |
| 03/14/08 | Disbursements | 81 Legal Postage | 074315 | Chk #79045 | 81828112, DOC: 523 Fund Inmate, Inv. Date: 03/11/2008 | -.82 | 2,545.79 |
| 03/14/08 | Disbursements | 80 Postage | 074315 | Chk #79045 | 80828375, DOC: 523 Fund Inmate, Inv. Date: 03/12/2008 | -.82 | 2,544.97 |
| 03/31/08 | Mail Room | 01 MO/Checks (Not Held) | 091228 | 326649320 | Amato, Joann | 50.00 | 2,594.97 |

Date: 4/7/2008  Case 3:08-cv-50071 Document 4  Filed 04/22/2008  Page 8 of 8  Page
Time: 9:47am
d_list_inmate_trans_statement_composite

Dixon Correctional Center
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 10/07/2007 thru End;   Inmate: N91586;   Active Status Only ? : No;   Print Restrictions ? : Yes;   Transaction Type: All Transaction Types;   Print Furloughs / Restitutions ? : Yes;   Include Inmate Totals ? : Yes;   Print Balance Errors Only ? : No

**Inmate: N91586 Powers, Thomas J.**                **Housing Unit: DIX-NW-35-06**

|   |   |
|---|---:|
| Total Inmate Funds: | 2,594.97 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | 4.68 |
| Funds Available: | 2,590.29 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 03/28/2008 | 81830003 | Disb | Legal Postage 3/28/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 03/31/2008 | 81830216 | Disb | Legal Postage 3/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $1.23 |
| 03/31/2008 | 81830217 | Disb | Legal Postage 3/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 03/31/2008 | 81830218 | Disb | Legal Postage 3/31/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.41 |
| 04/03/2008 | 84830619 | Disb | o.a.e.v.s. copies-legal | 2 DOC: 523 Fund Library | $1.40 |
| 04/04/2008 | 80830754 | Disb | Postage 4/4/08 | 99999 DOC: 523 Fund Inmate Reimburseme | $0.82 |
|  |  |  |  | **Total Restrictions:** | **$4.68** |