FILED
APR 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

Thomas Powers,
    Plaintiff      )
                         )
v.                         )
                         )
Chaplain Larry Jones, Food Supervisor)
Daniel Segretto, Food Supervisor Rick)
Bollman, and Correctional officer Wes )
Landwer, and Louis Castillo, Food Sup. )
    Defendants

Case No. 08 C 5007 1
THE HONORABLE JUDGE
Reinhard

## NOTICE OF FILING

TO: The Honorable Clerk of the United States District Court for the Northern District of Illinois (West)
Federal Building
211 South Court St.
Rockford, Illinois 61101

Please take notice that on 4/15/2008, 2008, I, Thomas Powers, the Plaintiff in the above action, shall cause to be filed with Honorable Clerk of the U.S. District Court for the Northern District of Illinois, a Civil Rights complaint against the above defendants, and have included the appropriate number of copies of each for the defendants, as well as for the Honorable Clerk, each complaint having an accompanied summons and U.S. Marshall's Process Receipt and return form, in hopes that the same will be served upon each defendant.. With Motion to Appoint Counsel and Motion for Injunctive Order, In Paupis Paupis Application

Signed before me this 15th day of April, 2008

Sally A. Joos
NOTARY PUBLIC

Thomas Powers N-91586
Dixon Correctional Center
2600 N. Brinton ave.
Dixon, Illinois 61021

"OFFICIAL SEAL"
Sally A. Joos
Notary Public, State of Illinois
My Commission Exp. 07/12/2008