**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   08 C 50071 |
| *Thomas Powers v. Larry Jones et al.,* | |
| | Hon. Phillip G. Reinhard<br>Judge Presiding<br>Magistrate P. Michael Mahoney |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants: Rick Bollman, Louis Castillo, Wesley Landwer, Larry Jones, Daniel Segretto

| |
|---|
| NAME (Type or print)<br>CAMILE J. LINDSAY |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    s/Camile J. Lindsay |
| FIRM<br>Office of the Illinois Attorney General |
| OFFICE ADDRESS<br>100 W. Randolph, 13th Floor |
| CITY/STATE/ZIP<br>Chicago, Illinois  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6280478 | TELEPHONE NUMBER<br>(312) 814-4329 |
|---|---|

| | | | |
|---|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES __ | NO ✔ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES __ | NO ✔ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES __ | NO ✔ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✔ | NO __ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL __    APPOINTED COUNSEL __

Case 3:08-cv-50071    Document 16    Filed 07/02/2008    Page 2 of 2